IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINN BALLARD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED VAN LINES, LLC | : | NO. 02-2743 |

### ORDER

AND NOW, this 31ST day of May, 2002, it having been reported that the issues between plaintiff and defendant in this action have been settled, and upon Order of the court, pursuant to the provisions of 41.1(b) of the Local Rules of Civil Procedure of this court, it is **ORDERED** this case is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs, **AS TO THE ABOVE-NAMED DEFENDANT**.

**MICHAEL E. KUNZ,** Clerk of Court

By:_____
Madeline F. Ward, Deputy Clerk